# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF PITTSBURGH, ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 09-1420 |
| vs. ) ) | |
| J.P. MORGAN SECURITIES INC., J.P. MORGAN MORTGAGE AQUISITION CORP., J.P. MORGAN MORTGAGE ACCEPTANCE CORPORATION I, CHASE HOME FINANCE L.L.C., CHASE MORTGAGE FINANCE CORPORATION, J.P. MORGAN CHASE & CO., MOODY'S CORPORATION, MOODY'S INVESTORS SERVICE, INC., THE MCGRAW-HILL COMPANIES, INC., and FITCH, INC., ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## STIPULATION PURSUANT TO COURT ORDER OF DECEMBER 21, 2009

Plaintiff and all Defendants in the above-captioned case, having met and conferred in person pursuant to the Court's Order of December 21, 2009, stipulate and agree as follows:

1. Although Defendants maintain this matter was properly removed to this Court, to avoid further costs and expenditure of resources, Defendants consent to remand of the above-captioned action to the Court of Common Pleas of Allegheny County.

2. Although Plaintiff maintains that this action was properly filed in state court, remand is appropriate, and attorneys' fees and expenses could be awarded, to avoid further costs and expenditure of resources, Plaintiff waives its right to seek attorneys' fees and expenses based upon the removal of this action and/or Civil Action No. 2:09-cv-1421.

3. Defendants may have to and including February 26, 2010 to file any Preliminary Objections to the Complaint in this action and Brief related thereto in the Court of Common Pleas of Allegheny County.

4. Should a Defendant file Preliminary Objections to any counts of the Complaint, that Defendant shall have an extension of time until 45 days after the Court of Common Pleas of Allegheny County rules upon said Preliminary Objections before answering either that count (should said count not be dismissed by Preliminary Objection) and/or any count to which a Preliminary Objection was not filed on or before February 26, 2010.

5. Plaintiff shall have to and including 30 days from electronic service upon Plaintiff of any Preliminary Objections filed on or before February 26, 2010 to file its response, including any Brief by Plaintiff in Opposition to Preliminary Objections, filed on or before February 26, 2010.

6. A Defendant that has filed a Preliminary Objection shall have to and including 30 days from electronic service upon said Defendant of Plaintiff's Brief in Opposition to Preliminary Objections to file any Reply Brief to Plaintiff's said Brief in Opposition.

7. If Plaintiff files, in the Court of Common Pleas of Allegheny County, an Amended Complaint by January 8, 2010, in this civil action, the February 26, 2010 filing date for Preliminary Objections thereto shall continue to apply.

8. The parties shall present this case to the Commerce and Complex Litigation Center of the Court of Common Pleas of Allegheny County as a case

appropriate for its jurisdiction and request that the Commerce and Complex Litigation Center assume such jurisdiction.

|  |  |
|---|---|
| /s/ Daniel P. Lynch<br>Daniel P. Lynch<br>Pa. I.D. No. 68280<br>William J. Wyrick<br>Pa. I.D. No. 70656<br>Lynch Weis, LLC<br>501 Smith Drive, Suite 3<br>Cranberry Township, PA  16066<br>Phone:  724-776-8000<br>Email:  dlynch@lynchweis.com<br>            bwyrick@lynchweis.com<br><br>And<br><br>Thomas B. Hatch<br>Jennifer McKenna<br>Jenny Gassman-Pines<br>Katherine K. Bruce<br>Bruce D. Manning<br>Margaret M. Lockner<br>Robins Kaplan Miller & Ciresi<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN  55402<br>Phone:  612-349-8500<br>Email:  tbhatch@rkmc.com<br>            jlmckenna@rkmc.com<br>            jgassman-pines@rkmc.com<br>            kkbruce@rkmc.com<br>            bdmanning@rkmc.com<br>            mlockner@rkmc.com<br><br>*Attorneys for Plaintiff Federal Home Loan Bank of Pittsburgh* | /s/ Samuel W. Braver<br>Samuel W. Braver<br>Pa. I.D. No. 19682<br>Buchanan Ingersoll & Rooney<br>One Oxford Centre<br>301 Grant Street, 20th Fl.<br>Pittsburgh, PA  15219-1410<br>Phone:  412-562-8939<br>Email:  samuel.braver@bipc.com<br><br>And<br><br>A. Robert Pietrzak<br>Dorothy J. Spenner<br>Owen H. Smith<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY  10019<br>Phone:  212-839-5300<br>Email:  rpietrzak@sidley.com<br>            dspenner@sidley.com<br>            osmith@sidley.com<br><br>*Attorneys for Defendants J.P. Morgan Securities, Inc., J.P. Morgan Mortgage Acquisition Corp., JPMorgan Chase Bank, N.A., Chase Home Finance L.L.C., Chase Mortgage Finance Corporation, and J.P. Morgan Chase & Co.* |

| | |
|---|---|
| /s/ Mark A. Willard<br>Mark A. Willard<br>Pa. I.D. No. 18103<br>Eckert Seamans Cherin & Mellott<br>600 Grant Street<br>44th Floor<br>Pittsburgh, PA 15219<br>Phone: 412-566-6171<br>Email: mwillard@eckertseamans.com<br><br>And<br><br>Joshua M. Rubins<br>James J. Coster<br>James Regan<br>Satterlee Stephens Burke & Burke LLP<br>230 Park Avenue<br>New York, NY 10169<br>Phone: 212-818-9606<br>Email: jrubins@ssbb.com<br>       jcoster@ssbb.com<br><br>*Counsel for Defendants Moody's Corporation and Moody's Investors Service, Inc.* | /s/ William M. Wycoff<br>William M. Wycoff<br>Pa. I.D. No. 01119<br>Kerri L. Coriston<br>Pa. I.D. No. 89838<br>Thorp Reed & Armstrong<br>301 Grant Street<br>Pittsburgh, PA 15222-4895<br>Phone: 412-394-7782<br>Email: wwycoff@thorpreed.com<br>       kcoriston@thorpreed.com<br><br>And<br><br>Martin Flumenbaum<br>Roberta A. Kaplan<br>Andrew J. Ehrlich<br>Tobias J. Stern<br>Paul Weiss Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Phone: 212-373-3166<br>Email: mflumenbaum@paulweiss.com<br>       rkaplan@paulweiss.com<br>       aehrlich@paulweiss.com<br>       tstern@paulweiss.com<br><br>*Counsel for Defendant Fitch, Inc.* |

       /s/ Walter P. DeForest
Walter P. DeForest
Pa. I.D. No. 05009
Deforest Koscelnik Yokitis Kaplan & Berardinelli
3000 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
Phone: (412) 227-3101
Email: deforest@dkykb.com

And

Floyd Abrams
Susan Buckley
Tammy L. Roy
Cahill Gordon & Reindel LLP
80 Pine Street
New York, New York 10005
Phone: (212) 701-3000
Email: fabrams@cahill.com
       sbuckley@cahill.com
       troy@cahill.com

*Attorneys for Defendant The McGraw-Hill Companies, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of December, 2009, the foregoing <u>Stipulation Pursuant To Court Order Of December 21, 2009</u> was filed electronically and served via email on the following counsel:

Daniel P. Lynch
William J. Wyrick
Lynch Weis, LLC
501 Smith Drive, Suite 3
Cranberry Township, PA 16066
dlynch@lynchweis.com
bwyrick@lynchweis.com

Thomas B. Hatch
Jennifer L. McKenna
Jenny Gassman-Pines
Katherine K. Bruce
Bruce D. Manning
Margaret M. Lockner
Robins, Kaplan, Miller & Ciresi LLP
800 LaSalle Avenue
Minneapolis, MN 55402
tbhatch@rkmc.com
jlmckenna@rkmc.com
jgassman-pines@rkmc.com
kkbruce@rkmc.com
bdmanning@rkmc.com
mlockner@rkmc.com

Samuel W. Braver
Buchanan Ingersoll & Rooney PC
One Oxford Centre
301 Grant Street, 20th Fl.
Pittsburgh, PA 15219-1410
samuel.braver@bipc.com

A. Robert Pietrzak
Dorothy J. Spenner
Owen H. Smith
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Phone: 212-839-5300
rpietrzak@sidley.com
dspenner@sidley.com
osmith@sidley.com

Mark A. Willard
Eckert Seamans Cherin & Mellott, LLC
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
mwillard@eckertseamans.com

Joshua M. Rubins
James J. Coster
James Regan
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169
jrubins@ssbb.com
jcoster@ssbb.com

William M. Wycoff
Kerri L. Corison
Thorp Reed & Armstrong, LLP
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA 15219
wwycoff@thorpreed.com
kcoriston@thorpreed.com

Martin Flumenbaum
Roberta A. Kaplan
Andrew J. Ehrlich
Tobias J. Stern
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
mflumenbaum@paulweiss.com
rkaplan@paulweiss.com
aehrlich@paulweiss.com
tstern@paulweiss.com

/s/Walter P. DeForest
_____
Walter P. DeForest